UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN  MIGLIACCIO,

                     Plaintiff,

          -against-

PLANET FITNESS ASSETCO LLC and
PAGE PARK ASSOCIATES, LLC,

                    Defendants.

**ORDER**

26-CV-05175 (PMH)

PHILIP M. HALPERN, United States District Judge:

Defendant Planet Fitness Assetco LLC ("Assetco") removed this action from the Supreme Court of the State of New York, Dutchess County on June 18, 2026. (Doc. 1). The stated basis for this Court's jurisdiction in the notice of removal is diversity of citizenship. (*See id.* at 3-4). Assetco indicates that Plaintiff John Migliaccio is a citizen of New York, and Defendant Page Park Associates, LLC ("Page Park") is also a citizen of New York. (*See id.* at 4). However, Assetco contends that Page Park was fraudulently joined as a party to this action and, thus, the citizenship of Page Park should be disregarded for purposes of diversity jurisdiction. (*See id.* at 4-6).

Accordingly, Plaintiff John Migliaccio is directed to file a letter on or before June 26, 2026, not to exceed five pages, responding to Assetco's contention that Page Park was fraudulently joined to this action and its citizenship should be ignored for purposes of diversity jurisdiction.

**SO ORDERED.**

Dated:   June 23, 2026
         White Plains, New York

                                 HON. PHILIP M. HALPERN
                                 United States District Judge